IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


STEVE J. LASSITER,
                 Petitioner,
         v.                                   **Judgment in a Civil Case**
TRACY JOHNS; MS. HARRIS; MS.
HAYWARD; MS. FORTE; LT. RACKERS,
                 Respondents.                Case Number: 5:11-HC-2078-BO


**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for failure to respond to this court's order.


**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on November 8, 2011, with service on:
Steve J. Lassiter  24066-056, LSCI - Allenwood, P.O. Box 1000, White Deer, PA  17887 (via U.S. Mail)


November 8, 2011                             /s/ Dennis P. Iavarone
                                                  Clerk