IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

STEVE J. LASSITER,
          Petitioner,
    v.                                             **Judgment in a Civil Case**
TRACY JOHNS; MS. HARRIS; MS.
HAYWARD; MS. FORTE; LT. RACKERS,
          Respondents.                     Case Number: 5:11-HC-2078-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for failure to respond to this court's order.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

<u>This Judgment Filed and Entered on November 8, 2011, with service on:</u>
Steve J. Lassiter 24066-056, LSCI - Allenwood, P.O. Box 1000, White Deer, PA 17887 (via U.S. Mail)

November 8, 2011                                                 /s/ Dennis P. Iavarone
                                                                         Clerk